UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL OGHIGIAN,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>    Defendants. | 2:11-cv-0742-LDG-RJJ<br><br>**ORDER** |

On August 29, 2011, this court entered an order dismissing First Mangus Financial Corporation, Nevada Legal News, LLC, and Bank of America, N.A. pursuant to Federal Rule of Civil Procedure 4(m) (#12).  Plaintiff has now moved for clarification regarding the effect of that order on RECONTRUST COMPANY N.A.  The court's previous order affected only the entities specifically named and did not alter the status of Defendant RECONTRUST COMPANY N.A.  Accordingly,

THE COURT HEREBY ORDERS that Plaintiff's motion for clarification (#13) is DENIED.

DATED this ___14___ day of September, 2011.

_____
Lloyd D. George
United States District Judge